

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

SIMONA K. SUH
TELEPHONE: (212) 336-0103
Email: SUHS@SEC.GOV

**MEMO ENDORSED**

August 16, 2012

*Via Email*
Hon. Richard J. Sullivan
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-12
```

    Re:    **SEC v. Well Advantage Limited, et. al., No. 12 Civ. 5786 (RJS)**

Dear Judge Sullivan:

    We represent the Plaintiff, Securities and Exchange Commission, in this action. On August 7, 2012, the Commission mistakenly filed on ECF a Declaration of Service without redacting a street address that appears to be a home address of an individual residing in Singapore, as required under the Court's ECF Rule 21.3. (Docket No. 18.) Pursuant to ECF Rule 21.8, the Commission has (1) asked the ECF Help Desk to seal this document temporarily, pending further order of this Court; and (2) filed a redacted version of this document on ECF (Docket No. 26, courtesy copy attached). As further required by ECF Rule 21.8, the Commission now respectfully requests that the Court order permanent sealing of the original un-redacted document (Docket No. 18).

                                      Respectfully submitted,

                                      Simona K. Suh
                                      Senior Investigative Counsel

Enclosure

cc (via email, w/ encl.):

    Robert J. Giuffra, Jr., Esq., Sullivan & Cromwell LLP (counsel for CSI
        Capital Management Limited)

    Alan J. Brudner, Esq. and Thomas Zaccaro, Esq., Paul Hastings LLP (counsel for
        Defendant Well Advantage Limited)

Hon. Richard J. Sullivan                                              August 16, 2012
                                                                       Page 2

      Timothy N. McCabe, Esq.. Pershing LLC (for Defendants Certain Unknown Traders in the Securities of Nexen, Inc. in an Account of Phillip Securities PTE Ltd.)

      Joshua E. Levine, Esq., Citigroup, Inc. (for Defendants Certain Unknown Traders in the Securities of Nexen, Inc. in an Account of Citibank NA A/C HK4)

      Daniel A. Goldfried, Esq., Bank of America Merrill Lynch (for Defendants Certain Unknown Traders in the Securities of Nexen, Inc. in an Account of CSI Capital Management Limited)

```
The Court GRANTS Plaintiff's request. Accordingly, IT IS HEREBY ORDERED that
the declaration located at Doc. No. 18 be filed under seal and that the Clerk
of the Court accept for filing the redacted version of the document, now
located at Doc. No. 26.
```

SO ORDERED

Dated: 8-16-12

RICHARD J. SULLIVAN
U.S.D.J.